IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO.  4:12cr00234-02 JM

PATRICE DONNELL DUNCAN

AMENDED JUDGMENT

Due to a clerical error, the Judgment entered August 14, 2014 (DE #45) is amended to reflect that the drug testing condition is suspended, based on the Court's determination that the defendant poses a low risk of substance abuse.

The judgment remains the same except for this correction.

The Clerk is directed to provide a copy of this Order to the United States Probation Office and the United States Marshal Service.

IT IS SO ORDERED THIS 19th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE